In the Matter of LANCELOT M. BERKELEY, an Attorney, Appellant.

THE NEW YORK COUNTY LAWYERS ASSOCIATION, Respondent.

*Appeal — failure to prosecute — notice of motion.*

Reported below, 174 App. Div. 205.

(Submitted June 7, 1920; decided June 11, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 20, 1916, disbarring the appellant from practice as an attorney and counselor at law.

The motion was made upon the ground of failure to prosecute the appeal. Opposed on ground of failure to give required notice of motion.

*George R. Adams* for motion.

*L. M. Berkeley* opposed.

Motion denied, without costs and without prejudice to renew on proper notice of motion.